Matthew R. Bainer, Esq. (S.B. #220972)
Molly A. DeSario, Esq. (S.B. #230763)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email:  mbainer@scalaw.com
Email:  mdesario@scalaw.com
Web:    www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

SEYFARTH SHAW LLP
Brian T Ashe (SBN 139999) bashe@seyfarth.com
Michael A. Wahlander (SBN 260781) mwahlander@seyfarth.com
Michael A. Gawley (SBN 294190) mgawley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
MEDIFIT CORPORATE SERVICES, INC.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FLORES, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>MEDIFIT CORPORATE SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 3:15-cv-03423-WHO<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING OPPOSITION AND REPLY DEADLINES RE: DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(C) |

Plaintiff Francisco Flores ("Plaintiff") and Defendant MediFit Corporate Services, Inc. ("Defendant") (collectively "the parties") hereby stipulate by and through their respective attorneys of record as follows:

1     **WHEREAS**, Defendant filed a Motion for Judgment on the Pleadings pursuant to Federal
2 Rule 12(c) of the Federal Rules of Civil Procedure ("Motion") on September 15, 2015;
3     **WHEREAS**, the parties wish to meet and confer regarding the detail of the allegations in
4 Plaintiff's Complaint and hopefully come to compromise that will not require additional motion
5 work;
6     **NOW, IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties
7 through their respective attorneys of record and subject to the approval of the Court, that the
8 deadlines for Plaintiff's Opposition to the Motion and Defendant's Reply in support thereof be
9 continued for two weeks. Plaintiff's Opposition shall be due on October 13, 2015 and Defendant's
10 Reply shall be due on October 20, 2015. The November 18, 2015 hearing date shall remain
11 unchanged.

13 **IT IS SO STIPULATED.**

15 Dated: September 29, 2015                 **SCOTT COLE & ASSOCIATES, APC**

By: _____
Matthew R. Bainer, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

21 Dated: September 28, 2015                 **SEYFARTH SHAW LLP**

By: _____
Brian T. Ashe, Esq.
Michael A. Wahlander, Esq.
Michael A. Gawley, Esq.
Attorneys for Defendant
MEDIFIT CORPORATE SERVICES, INC.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

## [PROPOSED] ORDER

UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS: The deadlines for Plaintiff's Opposition to Defendant's Rule 12(c) Motion and Defendant's Reply in support thereof are continued for two weeks. Plaintiff's Opposition shall be due on October 13, 2015 and Defendant's Reply shall be due on October 20, 2015. The November 18, 2015 hearing date shall remain unchanged.

**IT IS SO ORDERED.**

Dated: September 30, 2015

/s/ W. H. Orrick
The Honorable William H. Orrick
United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

-3-
Stipulation and [Proposed] Order Continuing Briefing Schedule re: Defendant's FRCP 12(c) Motion